FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2021

No. 04-20-00311-CV

Margaret Fay **GUIDRY**,
Appellant

v.

Edward James **GUIDRY**, Jr.,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2018-05589
James L. Rex, Judge Presiding

# O R D E R

Retained counsel for appellee, Shain V.H. Chapman, has filed a motion to withdraw which complies with the requirements of Texas Rule of Appellate Procedure 6.5. *See* TEX. R. APP. P. 6.5(a), (b). Counsel's motion to withdraw is GRANTED. It is ORDERED that the appellee's brief is due to be filed in this court ***within thirty (30) days*** from the date of this order. If appellee fails to file a brief, or a motion for extension of time in compliance with TEX. R. APP. P. 10.5(b)(1), this appeal will be set at issue without the benefit of an appellee's brief.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court